UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALEB GOTTFRIED,

Plaintiff,

v.

NIGHTMEDIA, INC. and
KAI CENAT LLC,

Defendants.

Case No. 1:26-cv-05471

**DEFENDANT KAI CENAT LLC'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Kai Cenat LLC hereby responds to Plaintiff's Amended Complaint and Demand for Jury Trial (ECF No. 6) as follows:

1. Defendant Kai Cenat LLC admits that this is a civil action purporting to allege certain claims and damages but denies that Plaintiff has asserted any valid claims against it or that it owes Plaintiff any damages.

2. Defendant Kai Cenat LLC denies the allegations in this paragraph.

3. Defendant Kai Cenat LLC denies the allegations in this paragraph.

4. Defendant Kai Cenat LLC states that this paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Kai Cenat LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

5. Defendant Kai Cenat LLC states that this paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Kai Cenat LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in this

paragraph and therefore denies them.

6. Defendant Kai Cenat LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

7. Defendant Kai Cenat LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

8. Defendant Kai Cenat LLC admits that it is a limited liability company organized under the laws of New York and that its registered agent listed with the State of New York is Jose A. Chavez. Defendant Kai Cenat LLC denies that it oversaw the creative direction, branding, and commercial monetization of the "Streamer University" event or that it had any involvement whatsoever in the "Streamer University" event and denies any remaining allegations in this paragraph.

9. Defendant Kai Cenat LLC denies the allegations in this paragraph.

10. Defendant Kai Cenat LLC denies the allegations in this paragraph.

11. Defendant Kai Cenat LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

12. Defendant Kai Cenat LLC denies the allegations in this paragraph.

13. Defendant Kai Cenat LLC denies the allegations in this paragraph.

14. Defendant Kai Cenat LLC denies the allegations in this paragraph.

15. Defendant Kai Cenat LLC denies the allegations in this paragraph.

16. Defendant Kai Cenat LLC denies the allegations in this paragraph.

17. Defendant Kai Cenat LLC denies the allegations in this paragraph.

18. Defendant Kai Cenat LLC denies the allegations in this paragraph.

19. Defendant Kai Cenat LLC denies the allegations in this paragraph.

20. Defendant Kai Cenat LLC denies the allegations in this paragraph.

21. Defendant Kai Cenat LLC repeats its answer to the allegations in paragraphs 1-20.

22. Defendant Kai Cenat LLC denies the allegations in this paragraph.

23. Defendant Kai Cenat LLC denies the allegations in this paragraph.

24. Defendant Kai Cenat LLC denies the allegations in this paragraph.

25. Defendant Kai Cenat LLC repeats its answer to the allegations in paragraphs 1-24.

26. Defendant Kai Cenat LLC denies the allegations in this paragraph.

27. Defendant Kai Cenat LLC denies the allegations in this paragraph.

28. Defendant Kai Cenat LLC denies the allegations in this paragraph.

WHEREFORE, Defendant Kai Cenat LLC denies that Plaintiff is entitled to any relief in this action whatsoever including, but not limited to, as requested in the prayer for relief.

Dated: August 17, 2026

Respectfully submitted,

/s/ Daniel A. Grossman
Daniel A. Grossman
**CLARK HILL PLC**
1180 Avenue of the Americas, Suite 1910
New York, NY 10036
(646) 395-8580
dgrossman@clarkhill.com

Zachary V. Moen
**CLARK HILL PLC**
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300
zmoen@clarkhill.com

*Counsel for Defendant Kai Cenat LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that a copy was served upon Plaintiff by U.S. Mail at:

Caleb Gottfried
5504 13th Avenue, Unit #330
Brooklyn, NY 11219

/s/ *Daniel A. Grossman*