**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CALEB GOTTFRIED,

Plaintiff,

v.

NIGHT MEDIA, INC. AND KAI CENAT LLC,

Defendants.

Civil Case No. 1:26-cv-05471

**DEFENDANT NIGHT MEDIA INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Night Media, Inc. ("Night Media"), by its undersigned counsel Nixon Peabody LLP, hereby certifies that it has no publicly held parents, subsidiaries or affiliates, and that no publicly held corporation owns 10% or more interest in Night Media.

Dated: August 17, 2026

**NIXON PEABODY LLP**

By: *__/s/ Morgan C. Nighan__*

Morgan C. Nighan, Esq.
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
mnighan@nixonpeabody.com

Zachary C. Osinski (*pro hac vice forthcoming)*
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
zosinski@nixonpeabody.com

*Attorneys for Defendant*
*Night Media*

TO: Caleb Gottfried, *Pro Se Plaintiff*
5504 13th Ave, Unit #330
Brooklyn, New York 11219