**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CALEB GOTTFRIED,

Plaintiff,

v.

NIGHT MEDIA, INC. AND KAI CENAT LLC,

Defendants.

Civil Case No. 1:26-cv-05471

**AFFIDAVIT OF SERVICE**

STATE OF MASSACHUSETTS )
) SS.:
COUNTY OF SUFFOLK )

I, Nathaly Lemus, being duly sworn, deposes and says that I am over the age of eighteen, not a party to this action, and am employed by Nixon Peabody LLP. On the 17th day of August, 2026, I caused a true and correct copy of Defendant Night Media, Inc.'s **Answer to Plaintiff's Amended Complaint and Rule 7.1 Corporate Disclosure Statement**, in the above-referenced action to be served upon the following:

Caleb Gottfried
5504 13th Ave, Unit #330
Brooklyn, New York 11219
*Pro Se Plaintiff*

by depositing a true copy of the same in an official Federal Express wrapper, addressed as shown above, and leaving it with a representative of Federal Express for standard overnight delivery, prior to the latest time designated by that service for delivery.

Nathaly Lemus

Sworn to me on this
17th day of August, 2026

NOTARY PUBLIC

PATRICIA HURLEY
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 8/9/2030