UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CALEB GOTTFRIED,

Plaintiff,

- against -

NIGHT MEDIA, INC. and KAI CENAT LLC,

Defendants.

---------------------------------------------------------------X

26-CV-5471 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

At Dkt. 22, Plaintiff filed a letter dated September 7, 2026, seeking certain relief in regard to setting dates for the parties to hold a Rule 26(f) conference. No response appears on the docket. Accordingly, Defendants shall file a response by **September 21, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2026
New York, New York

Copies transmitted this date to all counsel of record, and the Clerk of Court is respectfully requested to mail this order to the pro se plaintiff and note service on the docket.