UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALEB GOTTFRIED,<br><br>Plaintiff,<br><br>- against -<br><br>NIGHT MEDIA, INC. and KAI CENAT LLC,<br><br>Defendants. | 26-CV-5471 (DEH) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's various applications at Dkts. 22-23 and 28-31 as well as Defendants' response at Dkts. 32-33.

1. Inasmuch as the currently named Defendants consent (Dkt. 32) to filing of Plaintiff's Second Amended Complaint, Plaintiff's motion is granted, and the Second Amended Complaint at Dkt. 31 is now the operative pleading.

2. Because the Second Amended Complaint adds a third defendant, an initial pretrial conference with the Court and the corresponding Rule 26(f) conference between the existing parties are premature. Accordingly, the initial pretrial conference currently scheduled for October 6, 2026 is adjourned and will be rescheduled after either the new Defendant appears or fails to appear within the required time after being served. The parties' Rule 26(f) conference obligation is deferred commensurately.

3. Plaintiff's motion for partial summary judgment at Dkt. 23 is denied without prejudice as premature, subject to resolution of any motions to dismiss and renewal after sufficient discovery has been taken.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 23, 30, and 32.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2026
New York, New York

Copies transmitted this date to all counsel of record, and the Clerk of Court is respectfully requested to mail this order to the pro se plaintiff and note service on the docket.