UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALEB GOTTFRIED,<br><br>Plaintiff,<br><br>- against -<br><br>NIGHT MEDIA, INC. and KAI CENAT LLC,<br><br>Defendants. | 26-CV-5471 (DEH) (RWL)<br><br>**ORDER OF SERVICE** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Defendant Kai Cenat LLC through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for this Defendant at the addresses listed in the Complaint:

Kai Cenat, LLC, a Georgia limited liability company
c/o The Ultimate Tax Experience LLC, Registered Agent
1320 Ellsworth Industrial Boulevard, Suite A800
Atlanta, Georgia 30318

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.