UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALEB GOTTFRIED,<br><br>Plaintiff,<br><br>- against -<br><br>NIGHT MEDIA, INC. and KAI CENAT LLC,<br><br>Defendants. | 26-CV-5471 (DEH) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requests concerning a preservation order and referral to mediation. (See Dkts. 44, 45.) Notwithstanding the Court's previous order regarding timing of an initial pretrial conference, the Court finds that, in light of concerns raised by Plaintiff, a case management conference is warranted even if the additional defendant has not yet appeared. The Court's Deputy Clerk will schedule a conference date, to be held remotely via Microsoft Teams, in coordination with Plaintiff and the two Defendants that have appeared to date. The parties are not required to engage in a Rule 26(f) conference or submit a proposed case schedule or plan in advance of the conference. Referral to mediation will be discussed at the conference.

Plaintiff's request for a preservation order is denied without prejudice. All parties on notice of this lawsuit already are under an obligation to preserve documents and information both as a result of the filing of this lawsuit and Plaintiff's preservation letter, regardless of whether any Defendant responded to the letter. That an active website page was modified or removed does not equate to spoliation of evidence so long as the party responsible for the website has preserved a copy of the page as it was before modification or removal from the active website.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 44 and 45.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2026
New York, New York

Copies transmitted this date to all parties of record.