HARWOOD LLOYD LLP

WWW.HARWOODLLOYD.COM

130 MAIN STREET
HACKENSACK, NJ 07601
t (201) 487-1080
f (201) 487-4758

1345 AVENUE OF AMERICAS
2ND FLOOR, NEW YORK, NY 10105
t (212) 268-5136
f (212) 324-1198

MICHAEL J. BRADY ‡ +
DAVID M. REPETTO ‡ ◊
CURTIS J. TURPAN ‡
STEPHEN WELLINGHORST ‡ + Δ ○
JOHN W. McDERMOTT ‡ +
JOHN W. ALBOHM ‡
MICHAEL E. SPINATO ‡
ALAN G. PHILIBOSIAN ‡
RICHARD W. LE BLANCQ ‡
JUDY BROWN +
KEVIN J. CONYNGHAM ‡
WILLIAM N. DEVITO ‡ +
KATHLEEN M. LEE ‡ + ○
MARK D. MARINO ‡ +
ALAN K. ALBERT ‡ +
KRISTEN E. MARINACCIO ‡ +
PARTNERS

MENELAOS W. TOSKOS, P.J. Ch. (Ret.)
JAMES J. DELUCA, J.S.C. (Ret.) +
DONALD W. REEDER ‡ +
ABIGAIL L. STIEFEL ‡ +
STACEY J. SICILIANO ‡
ROBYN B. LINDSAY ‡ +
EVA SIGNORE ‡
BRANDY A. SMITH +
JOSEPH J. DUGAN +
ANDRÉ HAYNES +
ALLYSON M. KASETTA ‡ +
GREGORY C. EIN ‡
JULIE S. RAPHAEL +
COLIN FITZPATRICK +
ROBERT J. PANTINA ‡
COUNSEL

DAVID F. MCBRIDE +
JAMES P. LOGAN
PETER MERCER ✧ ¤
THOMAS LOIKITH
OF COUNSEL

KATHLEEN K. LANG ‡
JAMES E. ROMER +
CASSANDRA DONOVAN +
CHRISTOPHER M. NAHAS +
MICHAEL O'BEIRNE ‡ +
KHALIL HUEY +
PETER R. FIGMAN +
PAULINA KRAUSS +
ANDREY UDALOV +
COLTON POSEY +
JULIANA M. RUPERTO ‡
PETER T. BERKANISH ‡
ASSOCIATES

‡ ADMITTED IN NJ
+ ADMITTED IN NY
Δ ADMITTED IN PA
○ ADMITTED IN DC
✧ ADMITTED IN CANADA ONLY
¤ NOT ADMITTED IN NJ
◊ COURT APPROVED MEDIATOR

FRANK V. D. LLOYD (1966-2007)
VICTOR C. HARWOOD, III (1960-1999)
RICHARD J. RYAN (1965-2023)
PETER CIOLINO (1957-2009)
MICHAEL B. OROPOLLO (1970-2011)
EVELYN R. STORCH (1981-2018)
W. FLETCHER HOCK, JR. (1960-2022)

REPLY TO: ANDREY UDALOV, ESQ.
DIRECT EMAIL: AUDALOV@HARWOODLLOYD.COM
DIRECT PHONE: 201.359.3517
FILE NO.: 13188-1944

The request to adjourn is granted. The conference will be rescheduled for a date to be determined.

SO ORDERED:

10/7/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

October 7, 2026

***Via* ECF:**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse 500 Pearl Street
New York, NY 10007

Re: *Gottfried v. Night Media, Inc., et al.,*
**Case No.: 1:26-CV-05471-DEH-RWL**
Date of Loss: 06/12/2026
Our File No: 13188-1944

Your Honor:

We represent the defendant Kai Cenat, LLC in this matter. The pro se plaintiff, as well as counsels to the co-defendant Night Media Inc. - - Morgan C. Nighan, Esq. and Zachary C. Osinski, Esq. of Nixon Peabody - - are cc'ed here. All parties consent to the instant application after deliberation as directed by this Court. This is the first of such requests and no prior applications were made by the undersigned.

The reason for the request is that the undersigned is currently on paternity leave and is scheduled to return on November 2, 2026.

Accordingly, I respectfully request that the case management conference presently scheduled for October 21, 2026, be adjourned to November 5, 2026.

I thank the Court for its consideration of this matter.

Yours truly,

Harwood Lloyd, LLP

Andrey Udalov
Andrey Udalov, Esq.

cc: Plaintiff Caleb Gottfried (*via* ECF and email)

Zachary C. Osinski, Esq. (*via* ECF and email)

Morgan C. Nighan, Esq. (*via* ECF and email)