UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALEB GOTTFRIED, Plaintiff, - against - NIGHT MEDIA, INC. and KAI CENAT LLC, Defendants. | 26-CV-5471 (DEH) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's recent applications at Dkts. 62, 66, and 67.

1. Plaintiff's application for pro bono counsel is denied without prejudice; as the request is limited to assistance for depositions and trial, it is premature to make a determination of whether appointed pro bono counsel is warranted. Plaintiff may renew his application after Defendants answer; or, in the event motions to dismiss are filed, after resolution of those motions.

2. As Defendants have not responded to Plaintiff's request for leave to file a Fourth Amended Complaint, leave is granted, and Plaintiff shall file the Fourth Amended Complaint by **November 2, 2026**. No further amendments should be made at least before the Court holds an initial pretrial conference.

3. If the U.S. Marshal has not yet served the Third Amended Complaint on Defendant Kai Cenat LLC of Georgia, then the U.S. Marshal should serve the Fourth Amended Complaint.

The Clerk of Court is respectfully directed to provide the U.S. Marshal with the Fourth Amended Complaint to serve with the previously issued summons.

The Clerk of Court is also respectfully directed to terminate the applications at

Dkts. 62 and 66.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2026
New York, New York

Copies transmitted this date to all parties of record.