UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CALEB GOTTFRIED,

Plaintiff,

- against -

NIGHT MEDIA, INC. and KAI CENAT LLC,

Defendants.

------------------------------------------------------------X

26-CV-5471 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on November 5, 2026:

1. By **November 12, 2026**, counsel for Defendant Kai Cenat LLC (New York) shall file a letter explaining its position with respect to (i) Kai Cenat LLC (New York)'s connection to the events alleged in the case; (ii) Kai Cenat LLC (Georgia)'s connection to the events alleged in the case; and (iii) whether defense counsel for the New York entity also represents the Georgia entity.

2. Having already filed his Fourth Amended Complaint, Plaintiff shall not file any further amended complaints without obtaining leave of court.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2026
New York, New York

Copies transmitted this date to all parties of record.