**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CALEB GOTTFRIED,<br><br>Plaintiff,<br><br>v.<br><br>NIGHT MEDIA, INC., KAI CENAT LLC (a New York limited liability company), and KAI CENAT LLC (a Georgia limited liability company),<br><br>Defendants. | Civil Case No. 1:26-cv-05471 (DEH)(RWL)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Christopher J. Stevens and the exhibit attached thereto, the memorandum of law, and all prior pleadings and proceedings herein, Defendant Night Media Inc. ("Night Media" or "Defendant") will move this Court, Hon. Robert W. Lehrburger, United States Magistrate Judge, at the United States Courthouse located at 500 Pearl St., New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6) dismissing Plaintiff Caleb Gottfried's Fourth Amended Complaint with prejudice for failure to state a claim upon which relief can be granted and granting such other and further relief as the Court deems just and proper.

Dated: November 25, 2026
Boston, Massachusetts

**NIXON PEABODY LLP**

By: *<u>/s/ Morgan C. Nighan</u>*
Morgan C. Nighan, Esq.
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
mnighan@nixonpeabody.com

Christopher J. Stevens
677 Broadway, 10th Floor
Albany, NY 12207
Telephone: (518) 427-2650
cstevens@nixonpeabody.com

*Attorneys for Defendant*
*Night Media*