**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CALEB GOTTFRIED,<br><br>Plaintiff,<br><br>-against-<br><br>NIGHT MEDIA, INC., KAI CENAT LLC (a New York limited liability company), and KAI CENAT LLC (a Georgia limited liability company),<br><br>Defendants. | Civil Action No.<br>1:26-cv-05471 (DEH) (RWL) |

**DECLARATION OF CALEB GOTTFRIED IN OPPOSITION TO DEFENDANT NIGHT MEDIA, INC.'S MOTION TO DISMISS**

1. I am the Plaintiff in this action and I represent myself. I make this declaration on personal knowledge, in support of my opposition to Defendant Night Media, Inc.'s motion to dismiss the Fourth Amended Complaint [ECF No. 94].

2. Exhibits A through F are documents that the Fourth Amended Complaint quotes or relies on, or public records. I attach them so the Court can see the documents the pleading describes. Apart from noting in Paragraph 5 where video of the stamping may be found, I do not offer them to add new facts. Exhibits G through P include additional records of the event, of Defendants' public statements, and of my own records. I submit them so that the Court has them if it finds them useful; my opposition does not depend on them.

3. Attached as **Exhibit A** is a true and correct copy of screenshots I captured on July 20, 2026 from the video titled "Streamer University NEW YORK In Person Applications," published on YouTube on June 20, 2026 at https://www.youtube.com/watch?v=ACoJ17Pxkfs. They show the opening seconds of the video (approximately 00:00:01 to 00:00:03), in which I appear seated, holding a high-visibility orange safety vest. The second image is a cropped

enlargement of the first. I have preserved a copy of the video and reviewed it frame by frame using the default video player on my Mac. The still image in Night Media's Exhibit A (ECF No. 94-2) is from a different shot than the frames in which I appear. This is the video described in Paragraphs 76 through 81 of the Fourth Amended Complaint. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I captured the screenshots and I am the person shown); 1001(d), 1003 (accurate copies of the video frames). Offered to show the use itself, not for the truth of any statement, so it is not hearsay. Fed. R. Evid. 801(c).

4. Attached as **Exhibit B** is a true and correct copy of the Use of Facilities Agreement between The University of Akron and Kai Cenat LLC, operating as "Streamer University," signed by both parties by May 17, 2025 (User signature dated May 16, 2025) (University record no. PR27-09-21-144), which I obtained from The University of Akron, a public institution, through a public-records request under Ohio Rev. Code § 149.43 (production no. PR27-09-21-144). The "Releases" provision appears at page 9, and the Location Release (Exhibit D to the agreement) appears at page 20. Right after the exhibit cover page I have placed a one-page summary quoting the agreement's key provisions with their page numbers. The summary is an illustrative aid under Fed. R. Evid. 107; it is not part of the agreement and does not change it. This is the agreement described and quoted in Paragraphs 69 through 73 of the Fourth Amended Complaint. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(4) (University letterhead, record number PR27-09-21-144, signatures, and dates on every page), 901(b)(7) (produced by a public office from its records); 1003. A signed contract is a legally operative document, not hearsay; Kai Cenat LLC's own undertakings in it are also an opposing party's statement. Fed. R. Evid. 801(c), 801(d)(2)(A)–(B).

5. Attached as **Exhibit C** is a true and correct copy of the form titled "STREAMER UNIVERSITY — Admissions Dossier • Class of 2026" that I completed in my own handwriting at the June 12, 2026 event and presented to Kai Cenat, bearing the "STAY IN TOUCH" stamp he applied. Kai Cenat stamped my form himself, in person, in front of the cameras his production was running that day; I saw about five or six of them. His team handed

out the round “I APPLIED” sticker that appears on the form. Defendants were asked to preserve footage of the event. This is the form described in Paragraphs 42 and 43 of the Fourth Amended Complaint. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I completed this form and received it back stamped); 1003. Offered to show the form Defendants used and what it did and did not contain, not for the truth of my answers. Fed. R. Evid. 801(c).

6. Attached as **Exhibit D** is a true and correct copy of the Privacy Policy published at https://streameruniversity.com/privacy, marked “Last updated: January 2026,” which I captured on July 21, 2026 at 02:00:59 GMT. This is the Privacy Policy described in Paragraphs 88 and 94 of the Fourth Amended Complaint. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I made the capture), 901(b)(4) (URL, date, and time shown on the capture); 1003. Offered to show what Defendants’ policy says and does not say, not for its truth; Defendants’ own published statements are also an opposing party’s statement. Fed. R. Evid. 801(c), 801(d)(2).

7. Attached as **Exhibit E** is a true and correct copy of a photograph published by TMZ on June 12, 2026 in the article “Kai Cenat’s Streamer University Event In NYC Brings Out Chaotic Crowd, on Video,” at https://www.tmz.com/2026/06/12/kai-cenat-gets-big-crowd-for-streamer-university/, which I retrieved on July 20, 2026. I appear at the bottom right, wearing the orange high-visibility vest. I do not claim ownership of the photograph and offer it only to show my presence and appearance at the event, as described in Paragraph 82 of the Fourth Amended Complaint. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I am the person shown, and the photograph fairly and accurately shows me as I appeared at the event); 1003. A photograph offered to show what it depicts is not hearsay. Fed. R. Evid. 801(c).

8. Attached as **Exhibit F** is a true and correct copy of the record of the United States Patent and Trademark Office’s Trademark Status and Document Retrieval system for U.S. Serial No. 99391010, “SU STREAMER UNIVERSITY,” which I downloaded from the USPTO website. It is a public record. This is the application described in Paragraph 11 of the Fourth Amended Complaint, and the same record appears at ECF No. 90. *Evidentiary basis:*

Fed. R. Evid. 201(b)(2) (judicial notice of a public record whose accuracy cannot reasonably be questioned); 803(8) (public record); 901(b)(7) (record from a public office); 1005 (copy of a public record).

9. Attached as **Exhibit G** is a true and correct copy of a screenshot I captured on July 21, 2026 of the Twitch broadcast "STREAMER UNIVERSITY FINAL ASSEMBLY *Award Ceremony*" on the KaiCenat channel, broadcast May 25, 2025, at https://www.twitch.tv/videos/2468531436, paused at 00:11:56. At that point Kai Cenat says: "We own the IP of Streamer University, chat. So, like, it is ours to share amongst. You feel me? So, yeah, bro." I have preserved a copy of the recording. This is the statement quoted in Paragraph 12 of the Fourth Amended Complaint. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I watched the recording and made the capture); 1003. As to Kai Cenat LLC, a statement of its sole member (ECF No. 15) on a matter within that relationship. Fed. R. Evid. 801(d)(2)(D).

10. Attached as **Exhibit H** is a true and correct copy of screenshots I captured on my own device on September 30, 2026 of a June 11, 2026 Instagram post on the verified account @streameruniversity2026updates, at https://www.instagram.com/p/DZdelMLj5Ud/, showing both images of the post and its full caption. The post announces "IN-PERSON APPLICATIONS AT 1PM," including "NYC | 6.12 — 860 11th Ave, New York, NY 10019," and states entry requirements and rules of conduct. It contains no statement that attendees would be recorded, filmed, photographed, live-streamed, or broadcast, and no release or grant of rights. The announcement was first published on June 11, 2026 by the verified accounts @kaicenat on Instagram and @KaiCenat on X; neither original post remains available, so I attach this publication of the same announcement on a related account. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I viewed the post and made the captures), 901(b)(4) (account name, verification badge, date, and engagement counts); 1003. Offered for what the announcement says and does not say, not for its truth; to the extent offered for its truth, it is an opposing party's statement. Fed. R. Evid. 801(c), 801(d)(2).

11. Attached as **Exhibit I** is a true and correct copy of the record of the United States Patent and Trademark Office's Trademark Status and Document Retrieval system for U.S. Serial No. 99391013, a stylized "SU" mark owned by Kai Cenat LLC, a Georgia limited liability company, which I downloaded from the USPTO website. It is a public record and a companion to the application in Exhibit F. The same record appears at ECF No. 90. *Evidentiary basis:* Fed. R. Evid. 201(b)(2); 803(8); 901(b)(7); 1005.

12. Attached as **Exhibit J** is a true and correct copy of two frames, at about 0:01 and 0:04, from a 10-second video I recorded on my own phone outside the entrance of the event venue at 860 11th Avenue, New York, on June 12, 2026, at about 1:21 p.m., after Kai Cenat had arrived. The frames show the crowd pressed together outside the entrance. Attendees, including me, were not let inside until about 1:40 p.m. or later, more than 40 minutes after the 1:00 p.m. start Defendants had announced. The frames are unaltered except for resizing. I have preserved the original video and will produce it on request. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I recorded the video and extracted the frames), 901(b)(4) (the venue, date, and time shown in the file); 1003. Offered to show the conditions depicted, not for the truth of any statement. Fed. R. Evid. 801(c).

13. Attached as **Exhibit K** is a true and correct copy of an Internet Archive capture, dated June 8, 2026, of the first step ("Personal Information," step 1 of 4) of the online "Application for Admission" at streameruniversity.com, which I retrieved on September 28, 2026. June 8, 2026 is the day before I submitted my application. The only agreement language on the page is a cookie banner referring to the Privacy Policy (Exhibit D), with "Decline" and "Accept" buttons. The page contains no release, no grant of rights in an applicant's name, portrait, picture, or voice, and no statement about recording or filming. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I retrieved the capture), 901(b)(4) (archive date and page content); 1003. Offered to show what the page contained and did not contain, not for its truth. Fed. R. Evid. 801(c).

14. Attached as **Exhibit L** is a true and correct copy of my transcription of a portion of the video "Streamer University 2026 | Behind The Scenes," published on the YouTube channel Kai Cenat Live on July 22, 2026, at https://www.youtube.com/watch?v=yeC4zepKTUw, which I watched on July 23, 2026. At about 00:01:21, Stephon Phillip asks about having applicants in line fill out "a little brief little form" that Kai can see when they walk in. At about 00:01:34, Kai Cenat answers: "I mean, it's cool for me, like I can, like, look at some shit. I can stamp it. I can, like, play around with that shit. Like it's fun to do that." The platform's automatic captions obscure two words; I heard both on the recording as "shit." I have preserved a copy of the recording. Page 2 of the exhibit is a frame I captured from the video at about 00:01:37, during his answer. This is the form process that produced my form, Exhibit C. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I watched the recording and made the transcription); I have preserved the recording and will produce it on request. As to Kai Cenat LLC, a statement of its sole member (ECF No. 15) on a matter within that relationship. Fed. R. Evid. 801(d)(2)(D).

15. Attached as **Exhibit M** is a true and correct copy of pages 1, 5, 6, 9, and 29 of the 37-page John Jay College Events Handbook, dated January 25, 2019, which I retrieved on July 22, 2026 from https://www.jjay.cuny.edu/sites/default/files/2023-11/eventshandbook.pdf, where the full handbook is publicly posted. John Jay College was the venue of the June 12, 2026 event. Section 1.4(b) states that groups external to the College must submit event requests 20 business days in advance, with a detailed description and the maximum number of guests, and that events held by outside groups require a Certificate of Insurance. Section 2.4 states: "No publicizing of the event should take place before the request has received final approval." Appendix K sets insurance requirements for outside licensees. I offer these pages only to show what the College's published policy says, not to show what any Defendant did or did not do. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I retrieved the document), 901(b)(4) (College name, date, and URL on a public CUNY website); 1003. The Court may

take judicial notice that the policy was published. Fed. R. Evid. 201(b)(2). Offered for what the policy says, not for its truth. Fed. R. Evid. 801(c).

16. Attached as **Exhibit N** is a true and correct copy of a photograph I took of an unused copy of the “STREAMER UNIVERSITY — Admissions Dossier • Class of 2026” form that Defendants handed out to attendees at the June 12, 2026 event. I picked it up at the event. It stayed in my car from that day until I retrieved it on November 24, 2026, when I took this photograph. I have not written on it or altered it; the creases and marks are from its time in the car. It is the same form I completed and presented to Kai Cenat (Exhibit C). Among its printed questions are “What makes you memorable on camera?” and “What is one thing about you that viewers would never guess?” Nothing on the form asks for a release, consent to recording, or any grant of rights in my name, portrait, picture, or voice. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I obtained the form at the event and took the photograph), 901(b)(4) (its title and design match Exhibit C); 1003. Offered for what the form contains and does not contain, not for its truth. Fed. R. Evid. 801(c).

17. Attached as **Exhibit O** is a true and correct copy of two images for comparison. The first is a frame I captured on June 20, 2026 at 0:58 (frame 1403) from my music video “SNVRK - 33 HRS (Official Music Video),” published on YouTube on March 20, 2026 at https://www.youtube.com/watch?v=xUlTCOLSuKc, in which I wear a high-visibility safety-orange vest. The second is the TMZ photograph of me at the June 12, 2026 event (Exhibit E), in which I wear the same style of vest. Neither image has been altered, retouched, or color-corrected. *Evidentiary basis:* Fed. R. Evid. 901(a), 901(b)(1) (I am the person shown in both images, and I made the capture); 1003. Photographs offered to show what they depict are not hearsay. Fed. R. Evid. 801(c).

18. Attached as **Exhibit P** is a true and correct copy of the record of the United States Patent and Trademark Office’s Trademark Status and Document Retrieval system for the SNVRK mark, U.S. Serial No. 98833584, Registration No. 8300206, registered June 16, 2026 and owned by SNVRKOTICS LLC, my company. The record states that the name in the mark

identifies Caleb Isaiah Gottfried and that my consent to register is of record. I downloaded it from the USPTO website on July 19, 2026. It is a public record. *Evidentiary basis:* Fed. R. Evid. 201(b)(2) (judicial notice of a public record whose accuracy cannot reasonably be questioned); 803(8); 901(b)(7); 1005.

19. I have redacted personal contact information under Fed. R. Civ. P. 5.2 and to protect privacy: in Exhibit C, my age, city, telephone number, and email address, and two names in my answer to question 9, which identify third parties who have nothing to do with this case; in Exhibit B, the user street address, city and ZIP code, and personal email address on the signature page; in Exhibit F, street addresses and email addresses; in Exhibit P, the owner and correspondent addresses, telephone number, and email addresses; and in Exhibit I, the owner and correspondent addresses and email addresses. Each redaction is a solid black box. I have not otherwise altered any exhibit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 25, 2026, in New Jersey.

/s/ Caleb Gottfried
Caleb Gottfried
Plaintiff *pro se*
5504 13th Ave, Unit #330
Brooklyn, New York 11219 (mailing address only)
(363) 888-6743
snvrk@snvrkotics.com